## Tommie LIGHT v. STATE.
### No. 17500.

Court of Criminal Appeals of Texas.
April 10, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for five years.

**1116**

The indictment is regular and properly presented. The record is before us without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.